IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RONALD CHASE**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*Reg. #22984-078*

v.　　　　　　　　　　**CASE NO. 2:22-CV-00006-BSM-PSH**

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　　**DEFENDANT**

### ORDER

　　After careful review of the record, United States Magistrate Judge Patricia S. Harris's proposed findings and partial recommendation [Doc. No. 34] are adopted. The United States' motion for summary judgment [Doc. No. 17] is granted in part and denied in part, and Ronald Chase's motion to strike expert testimony [Doc. No. 24] is denied as moot. Specifically, in partially granting summary judgment, Chase's negligence claim based on D'Aujanae Powell leaving doors unlocked is dismissed without prejudice for lack of subject matter jurisdiction and Chase's medical negligence claims are dismissed with prejudice. And, in partially denying summary judgment, Chase's negligence claim based on alleged statements made by Powell will be scheduled for a bench trial under separate order.

　　IT IS SO ORDERED this 15th day of April, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE