IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RONALD CHASE**                                                                                     **PLAINTIFF**
*Reg. #22984-078*

v.                                  CASE NO. 2:22-CV-00006-BSM

**UNITED STATES OF AMERICA**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the orders entered on April 15, 2024 [Doc. No. 36] and today, this case is dismissed.

IT IS SO ORDERED this 4th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE